1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: jennifer_coon@fd.org

5  Attorneys for Mr. Jose Ambriz-Saucedo

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR0132-BTM |
| Plaintiff, ) | DATE: February 15, 2008 |
| ) | TIME: 1:30 p.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| **JOSE AMBRIZ-SAUCEDO,** ) | |
| ) | 1) PRESERVE EVIDENCE AND COMPEL DISCOVERY; AND |
| Defendant. ) | 2) GRANT LEAVE TO FILE FURTHER MOTIONS |

21 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        ANDREW SCHOPLER, ASSISTANT UNITED STATES ATTORNEY:

23     PLEASE TAKE NOTICE that, on February 15, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, defendant Jose Ambriz-Saucedo, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

26 //
27 //
28 //

**MOTIONS**

Defendant Jose Ambriz-Saucedo, by and through his attorneys, Jennifer L. Coon and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Preserve Evidence and Compel Discovery; and

(2)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:   February 1, 2008        */s/ Jennifer L. Coon*
                                 **JENNIFER L. COON**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Ambriz-Saucedo