```
 1
 2                      UNITED STATES DISTRICT COURT
 3                     SOUTHERN DISTRICT OF CALIFORNIA
 4   UNITED STATES OF AMERICA,    )   Criminal Case No. 08CR0132-BTM
                                  )
 5        Plaintiff,               )
                                  )
 6        v.                       )   WAIVER OF INDICTMENT
                                  )
 7   JOSE ANGEL SAUCEDO,           )
        aka Jose Ambriz-Saucedo,   )
 8                                 )
          Defendant.                )
 9   _____ )
```

FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, JOSE ANGEL SAUCEDO, a.k.a. Jose Ambriz-Saucedo, the above named defendant, who is accused of **Deported Alien Found in the United States — 8 U.S.C. § 1326(a)** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **February 22, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JOSE ANGEL SAUCEDO
aka Jose Ambriz-Saucedo

_____
JENNIFER L. COON
Counsel for Defendant

Before _____
Hon. BARRY TED MOSKOWITZ
U.S. District Judge