**FILED**
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0132-BTM |
| Plaintiff, ) | S U P E R S E D I N G |
| ) | I N F O R M A T I O N |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1326(a)— |
| JOSE ANGEL SAUCEDO, ) | Deported Alien Found in the |
| aka Jose Ambriz-Saucedo, ) | United States (Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about November 6, 2007, within the Southern District of California, defendant JOSE ANGEL SAUCEDO, aka Jose Ambriz-Saucedo, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326(a), a felony.

DATED: February 22, 2008.

KAREN P. HEWITT
United States Attorney

ANDREW G. SCHOPLER
Assistant U.S. Attorney